CUYAHOGA COUNTY BAR ASSOCIATION *v.* RUBINO.

[Cite as *Cuyahoga Cty. Bar Assn. v. Rubino* (2000), 87 Ohio St.3d 466.]

(No. 99–1560—Submitted October 12, 1999—Decided January 5, 2000.)

*Mary Ann Rini, Joan M. Litzow* and *John D. Sutula,* for relator.

*Carl C. Monastra,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusion, and recommendation of the board. An attorney is required to cooperate with a disciplinary investigation even when the subject of the investigation is himself. *Lake Cty. Bar Assn. v. Vala* (1998), 82 Ohio St.3d 57, 59, 693 N.E.2d 1083, 1084. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.